IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON L. PARKS,

    Plaintiff,                   No. 2:11-cv-1716 KJN P

    vs.

BUTTE COUNTY JAIL,

    Defendant.                 ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action. On June 30, 2011, plaintiff was granted thirty days in which to file an affidavit in support of plaintiff's request to proceed in forma pauperis or to pay the appropriate filing fee. On July 7, 2011, plaintiff filed a letter stating he has no income, but receives gifts from time to time. (Dkt. No. 4.) Plaintiff states someone told plaintiff that 20% would be taken from plaintiff's account for the filing fee.

        Plaintiff is advised that even if he is granted leave to proceed in forma pauperis, plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Once plaintiff submits the application to proceed in forma pauperis, plaintiff will be assessed an initial partial filing fee of 20 percent of the greater of: (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period

1

1  immediately preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that
2  initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of
3  twenty percent of the preceding month's income credited to plaintiff's trust account.  These
4  deductions occur without regard to the nature of the deposit.  Put another way, the deductions
5  would be made, regardless of whether the deposits were gifts or from income.
6         If plaintiff wishes to avoid incurring the $350.00 filing fee, he may opt to
7  voluntarily dismiss this action.  Fed. R. Civ. P. 41(a).
8         Accordingly, IT IS HEREBY ORDERED that within fourteen days, plaintiff shall
9  inform the court whether he wishes to voluntarily dismiss this action, or plaintiff shall file the
10 forms required by the June 30, 2011 order.
11 DATED:  July 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

15 park1716.inf

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JASON L. PARKS,
11             Plaintiff,                    No. 2:11-cv-1716 KJN P
12        vs.
13   BUTTE COUNTY JAIL,                      NOTICE OF
14             Defendants.                   OPTION
15   _____/
16        Plaintiff hereby submits the following document in compliance with the court's
17   order filed _____:
18        _____            IFP affidavit
19        _____            The appropriate filing fee
20        _____            I opt to voluntarily dismiss this action.
21   DATED:
22
23                                           _____
                                             Plaintiff
24
25
26
```